**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 3 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07 - CV - 01085-6NB

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

LAWRENCE HANDY,

      Applicant,

v.

THE PEOPLE FOR THE STATE OF COLORADO, and
JAMES ABBOTT, Warden,

      Respondents.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING APPLICANT TO CURE DEFICIENCY**

---

Applicant has submitted Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, a document titled "Habeas

Petition, to Vacate Life Sentence, Concerning The Habitual Criminal Act, Pursuant to

The Provisions of 28 § 2254, and Civil Action Rule 60 (b) (1) (3) and (4), and a

document titled "Petitioner, Petitions this Honorable Court, for Appointment of Counsel,

Pursuant to 28 § 3006 (A)." As part of the court's review pursuant to D.C.COLO.LCivR

8.2, the court has determined that the submitted documents are deficient as described

in this order.  Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action.  Applicant will be directed to cure the following if he wishes to

pursue his claims.  Any papers which the Applicant files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __    is not submitted
(2)   __    is missing affidavit
(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __    is missing required financial information
(5)   __    is missing an original signature by the prisoner
(6)   X    is not on proper form (must use the court's current form)
(7)   __    names in caption do not match names in caption of complaint, petition or habeas application
(8)   __    An original and a copy have not been received by the court. Only an original has been received.
(9)   __    other _____

**Complaint, Petition or Application:**
(10)   __    is not submitted
(11)   X    is not on proper form (must use the court's current form)
(12)   __    is missing an original signature by the prisoner
(13)   __    is missing page nos. ___
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    An original and a copy have not been received by the court. Only an original has been received.
(16)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   __    names in caption do not match names in text
(18)   __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Applicant

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action

and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

2

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the petition and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 21st day of May, 2007.

BY THE COURT:


BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    07 - CV - 01085 - BNB

Lawrence Handy
Reg. No. 44272
CTCF
PO Box 1010
Canon City, CO 81215


    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on ___5/23/07___


GREGORY C. LANGHAM, CLERK


By:_____
                Deputy Clerk