IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 8 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01085-BNB

LAWRENCE HANDY,

     Applicant,

v.

THE PEOPLE FOR THE STATE OF COLORADO, and
JAMES ABBOTT, Warden,

     Respondents.

## ORDER TO DISMISS INSTANT CASE AND
## REFILE 60(b) MOTION IN CASE NO. 94-cv-01028-SGF

     Applicant Lawrence Handy is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado.  Mr. Handy initiated this action by filing a *pro se* document titled "Habeas Petition, to Vacate Life Sentence, concerning the Habitual Criminal Act, Pursuant to the Provisions of 28 § 2254, and Civil Action Rule 60(b)(1)(3) and (4)."

     On May 23, 2007, the Court entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Handy to cure certain deficiencies if he wished to pursue his claims in this action.  Specifically, because it appeared that Mr. Handy was seeking habeas corpus relief pursuant to § 2254, he was directed to file on the proper form an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  He also was directed to file on the proper form a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

On June 19, 2007, Mr. Handy filed a document titled "Response to a Denial of a Civil Action Rule 60(b)(1)(3) and (4)." In the Response, Applicant states that he intends to file a Fed. R. Civ. P. 60(b) motion as opposed to a § 2254 application. The Court notes, and Mr. Handy indicates in the document he submitted to the Court on May 14, 2007, that he previously filed a § 2254 action in this Court in Case No. 94-cv-01028-SGF. The Court, therefore, will dismiss the instant action and order the Rule 60(b) motion filed in Case No. 97-cv-01028-SGF. Accordingly, it is

ORDERED that the instant action is dismissed without prejudice and the Clerk of the Court is directed to close the file. It is

FURTHER ORDERED that the Clerk of the Court shall file Doc. Nos. 3, 4, 6, and 7 from the instant case in Case No. 94-cv-01028-SGF.

DATED at Denver, Colorado, this 28 day of _____ June _____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01085-BNB

Lawrence Handy
Prisoner No. 44272
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on____6/28/07_

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk